UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GUFF WILLIAMS, et al.,                    )
                                          )
            Plaintiffs                    )
                                          )
      vs.                                 )      CAUSE NO.  3:06-CV-076 RM
                                          )
UTILIMASTER CORPORATION,                  )
                                          )
            Defendant                     )

OPINION AND ORDER ADOPTING RECOMMENDATION

Magistrate Judge Nuechterlein ordered the plaintiffs to file an amended complaint by July 11, 2006.  The plaintiffs, *pro se*, didn't comply with that order, and on August 10, 2006, the Magistrate Judge issued an order directing the plaintiffs to show cause why their case should not be dismissed for failure to prosecute. When the plaintiffs didn't respond to the order to show cause, the Magistrate Judge entered his report and recommendation in which he recommended the case be dismissed without prejudice. The parties had 10 days to file any objections to the Magistrate Judge's recommendation, and those 10 days have passed with no objections being filed. FED R. CIV. P. 72(b).

Accordingly, the court now adopts the Magistrate Judge's report and recommendation [Doc No. 16] and DISMISSES this case WITHOUT PREJUDICE.

SO ORDERED.

Entered:  October 6, 2006

<u>        /s/ Robert L. Miller, Jr.        </u>
Chief Judge
United States District Court


cc:     counsel of record/G. Williams